**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**FREDERICK BANKS, #05711-068**                                                           **PLAINTIFF**

**VERSUS**                                           **CIVIL ACTION NO. 5:10-cv-62-KS-MTP**

**KEITH EVERETT, et al.**                                                                      **DEFENDANTS**

FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order Denying *In Forma Pauperis* Status and Dismissing Case issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 27th day of May, 2010.

                    *s/Keith Starrett*
                    UNITED STATES DISTRICT JUDGE